No. 2504. STATE *ex rel.* THE RAILROAD COMMISSIONERS *v.* RAILROAD COMPANY. April Term, 1889. This was an application for a writ of mandamus to require the respondent to join its track with that of another railroad company, as required by statute. After the hearing, the tracks were connected together. Thereupon, and for this reason, the proceedings were dismissed PER CURIAM December 4, 1889.